# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Lisa Heinrich,

        Plaintiff,

  -vs-

Jo Anne B. Barnhart,
Commissioner of Social Security,

        Defendant.
_____/

CIVIL NO. **06-13045**

Judge George Caram Steeh

Magistrate Judge R. Steven Whalen

## ORDER OF REMAND

The Court hereby grants the Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and hereby ORDERS that, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), this action be REMANDED to the Commissioner, Social Security Administration for appropriate further action.

IT IS FURTHER ORDERED that the Appeals Council will remand this case to an Administrative Law Judge for further proceedings.

Dated:  January 3, 2007

                                       S/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 3, 2007, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk